1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates to:<br>*Brackenbury v. Virgin Atlantic Airways*, C05-3873<br>*Labadia v. Virgin Atlantic Airways*, CV 05-02952 | MDL No. 04-1606 VRW<br><br>ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [~~PROPOSED~~] |

On July 25, 2006, Clyde & Co US LLP filed with this Court a Notice of Substitution of Attorney on behalf of defendant Virgin Atlantic Airways Limited. After consideration of the Notice of Substitution of Attorney submitted by counsel, the Court orders that:

//
//
//
//
//
//

1  Request of defendant Virgin Atlantic Airways Limited to substitute Clyde &
2  Co US LLP as its attorneys of record in place and stead of Condon & Forsyth LLP
3  is hereby approved.
4
5  IT IS SO ORDERED.
6
7  DATED: _____, 2006    _____
8                                 HONORABLE VAUGHN R. WALKER
9                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker]*